UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| APPLIANCE ZONE, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEXTAG, INC., )<br>)<br>Defendant. ) | 4:09-cv-0089-SEB-WGH |

## JUDGMENT

In accordance with the Court's Order Granting Motion to Dismiss, Plaintiff's Complaint is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(3).

IT IS SO ORDERED.   12/22/2009

Copies to:

Joel Thomas Beres
STITES & HARBISON
jberes@stites.com

Amy S. Cahill
STITES & HARBISON
acahill@stites.com

Gail M. Hashimoto
HOPKINS & CARLEY
70 S. First Street
San Jose, CA 95113-2406

Stephen J. Kottmeier
HOPKINS & CARLEY
sjk@hopkinscarley.com

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Liv Mills-Carlisle
HOPKINS & CARLEY
lcarlisle@hopkinscarley.com

Christie A. Moore
GREENEBAUM DOLL & MCDONALD PLLC
cm@gdm.com

Bruce Benjamin Paul
STITES & HARBISON, LLP
bpaul@stites.com

Jack Allen Wheat
STITES & HARBISON PLLC
jwheat@stites.com